UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

          Plaintiff(s),

    v.

INDUSTRIOUS KID, INC., a corporation
JEANETTE SYMONS, individually and as an
officer of the corporation
          Defendant(s).

No. C 08-0639

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 30, 2008

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

## **CERTIFICATE OF SERVICE**

      I, Mary M. Englehart, an attorney for the United States, certify that on January 30, 2008, I caused a copy of the NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE, as well as the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE to be served upon the following attorney for the defendants via email and Federal Express.

Randal M. Shaheen
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5734
Randal.Shaheen@aporter.com

      By: /s/ Mary M.Englehart