JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

EUGENE M. THIROLF
Director
KENNETH L. JOST
Deputy Director
Office of Consumer Litigation

MARY M. ENGLEHART (MD Bar - No bar number)
Trial Attorney, Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1710
PHONE: 202-307-0088
FAX: 202-514-8742
EMAIL: megan.englehart@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> INDUSTRIOUS KID, INC., ) <br>     a corporation, ) <br> ) <br> ) <br> ) <br> JEANETTE SYMONS, ) <br>     individually and as an officer ) <br>     of the corporation, and ) <br> ) <br> Defendants. ) <br> ) | CV No. 08-0639 SI <br><br> STATEMENT NOTING A PARTY'S DEATH |

In accordance with Rule25(a)(2), Mary M. Englehart, an attorney for the plaintiff in this

1  action, notes the death during the pendency of this action of Jeanette Symons, a defendant in this

2  action.  Jeanette Symons died on February 1, 2008.

FOR THE UNITED STATES OF AMERICA:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

EUGENE M. THIROLF
Director
KENNETH L. JOST
Deputy Director,
Office of Consumer Litigation


_____/s/_____
MARY M. ENGLEHART
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
1331 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-1710
PHONE:  202-307-0088
FAX:  202-514-8742
EMAIL: megan.englehart@usdoj.gov