1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2
   EUGENE M. THIROLF
3  Director
   KENNETH L. JOST
4  Deputy Director
   Office of Consumer Litigation
5
   MARY M. ENGLEHART (MD Bar - No bar number)
6  Trial Attorney, Office of Consumer Litigation
   U.S. Department of Justice
7  P.O. Box 386
   Washington, D.C.  20044-0386
8  PHONE:  202-307-0088
   FAX:  202-514-8742
9  EMAIL: megan.englehart@usdoj.gov

10 Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**Oakland Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> INDUSTRIOUS KID, INC., ) <br> a corporation, ) <br> ) <br> ) <br> JEANETTE SYMONS, ) <br>   individually and as an officer ) <br>   of the corporation, and ) <br> ) <br> Defendants. ) <br> ) | CV No.  08-0639 SI <br><br> NOTICE OF CHANGE OF ADDRESS |

Plaintiff United States of America submits this Notice of Change of Address for transmission of all documents in the above-captioned case.  All future correspondence, service of

1  pleadings, and other documents submitted in hard copy should be directed to the following
2  address: Mary M. Englehart, Office of Consumer Litigation, U.S. Department of Justice, P.O.
3  Box 386, Washington, DC 20044-0386.

5  DATED: March 4, 2008          FOR THE UNITED STATES OF AMERICA:

                                 JEFFREY S. BUCHOLTZ
                                 Acting Assistant Attorney General
                                 Civil Division
                                 U.S. Department of Justice

                                 EUGENE M. THIROLF
                                 Director
                                 KENNETH L. JOST
                                 Deputy Director,
                                 Office of Consumer Litigation


                                 _____/s/_____
                                 MARY M. ENGLEHART
                                 Trial Attorney
                                 Office of Consumer Litigation
                                 U.S. Department of Justice
                                 P.O. Box 386
                                 Washington, D.C. 20044-0386
                                 PHONE: 202-307-0088
                                 FAX: 202-514-8742
                                 EMAIL: megan.englehart@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Mary M. Englehart, an attorney for the Plaintiff United States of America, certify that on March 4, 2008, I caused a copy of the foregoing NOTICE OF CHANGE OF ADDRESS to be served upon the following attorney for the defendants via email.

Randal M. Shaheen
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5734
Randal.Shaheen@aporter.com

By: /s/ Mary M.Englehart